UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO DAREZZO,<br><br>         Plaintiff,<br><br>  -against-<br><br>ZA PARTNERS LLC and 81-83 RIVINGTON CORP.,<br><br>         Defendants. | No. 1:23-cv-10459 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Defendant ZA PARTNERS LLC's response to the complaint was due on January 3, 2024.  *See* ECF No. 11.  To date, Defendant ZA PARTNERS LLC has not filed its response or otherwise appeared in this action.  Plaintiff is ORDERED to provide a Court with a letter update with next steps with respect to Defendant ZA PARTNERS LLC on or before **January 12, 2024**.  Plaintiff is further ORDERED to serve a copy of this Order on Defendant ZA PARTNERS LLC on or before **January 10, 2024**, and file proof of such service on ECF on or before **January 12, 2024**.

Dated: January 5, 2024
    New York, New York

                 SO ORDERED.

                 */s/ Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge